UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FREIDA ZEIDEL, individually and on behalf of a class of similarly situated individuals, ) ) ) ) Plaintiff, ) ) v. ) MOZEO, LLC, ) ) Defendant. ) | Case No. |

## DEFENDANT'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

Defendant Mozeo, LLC submits this Disclosure Statement under Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2:

Any parent corporation or publicly held corporation owning more than 10% of the party's stock:   None.

All publicly held affiliates of the party:   None.

Date: September 30, 2013                               Respectfully submitted,

                                                                **MOZEO, LLC**

                                              By:   /s/ Albert E. Hartmann
                                                    One of Its Attorneys


Albert E. Hartmann (ARDC # 06256064)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
T: 312-368-2142
F: 312-630-7317
Email: albert.hartmann@dlapiper.com

## **CERTIFICATE OF SERVICE**

I, Albert E. Hartmann, an attorney, depose and state that on September 30, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

I also served the following counsel by First Class United States Mail, postage prepaid, and via email:

>Evan M. Meyers
>McGuire Law, P.C.
>161 North Clark Street, 47th Floor
>Chicago, IL 60601
>Email: emeyers@mcgpc.com

>/s/ Albert E. Hartmann
>Albert E. Hartmann