## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Carla Serrano, et al.

                       Plaintiff,

v.                                            Case No.: 1:13−cv−06989
                                                     Honorable Daniel G. Martin

Mozeo, LLC, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 7, 2017:

       MINUTE entry before the Honorable Daniel G. Martin:Pursuant to the Stipulation of Case Dismissal As to Plaintiff Frieda Zeidel [160], this action is dismissed with prejudice and without costs and fees as to Plaintiff Frieda Zeidel's individual claims against Defendant. This dismissal is to Plaintiff Zeidel's individual claims only and does not affect any class claims.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.